1446

**97–2493.   Linndale v. State.**

Franklin App. No. 97APE03–314.

RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2531.   Northfield Homes, Inc. v. Northfield.**

Summit App. No. 18296.   The discretionary appeal is allowed.

LUNDBERG STRATTON, J., dissents.

COOK, J., would hold this cause for the decision in 96–84, *Goldberg Cos., Inc. v. Richmond Hts. Council,* Cuyahoga App. Nos. 68291 and 68292.

*Sua sponte,* cause held for the decision in 96–84, *supra;*  briefing schedule stayed.